**STATE of Missouri, Respondent,**

v.

**Timothy A. McELROY, Appellant.**

**No. WD 63444.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

Susan L. Hogan, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Timothy McElroy challenges the sufficiency of the evidence to support his convictions for second-degree assault and armed criminal action. We affirm, finding the testimony of McElroy and the victim was sufficient to prove he caused serious injury by recklessly discharging a firearm. The parties have been provided with a Memorandum explaining the reasons for our decision, because no jurisprudential purpose would be served by a published opinion.

AFFIRMED. Rule 30.25(b).